# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ANGELA OWENS**                                                           **PLAINTIFF**

**V.**                                      **4:06CV573**

**ALLTEL COMMUNICATIONS INC.**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on June 4, 2007, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 4th day of June 2007.

_____
James M. Moody
United States District Judge